May Term,
1850.

Branham
.v.
Rose.

Branham and Another *v.* Rose.—On Appeal.

THIS was a bill in chancery filed by *Rose* against the *Branhams* and one *Durham*. The *Branhams* answered. Decree *pro confesso* against *Durham*.

The cause was submitted to the Court on bill, answer, and depositions.

The facts necessary to be noticed are as follow :

In *March*, 1842, *Rose* and *Durham* recovered judgment against the *Branhams* for a certain sum of money; and *Durham*, subsequently, viz., on the 11th of *March*, 1842, assigned his interest in the judgment to *Rose*.

Afterwards, on the 22d of *March*, 1842, *Durham*, in the name of *Durham* and *Rose*, in consideration of the individual debt of *Durham* to the *Branhams*, gave the *Branhams* a receipt for part of the said judgment. This receipt was taken by the *Branhams*, with full knowledge of the previous assignment of *Durham's* interest in the judgment to *Rose*.

The *Branhams* paid the judgment, except the part of it covered by the receipt, which part they refused to pay.

The Circuit Court decreed, that the receipt above referred to be cancelled; that execution issue on the judgment as though the receipt had not been given ; and that the judgment be collected as to the sum named in the receipt.

We think the evidence shows that the receipt for part of the judgment was procured by a fraud practiced by *Durham* and the *Branhams* on *Rose ;* and that the Circuit Court, therefore, correctly set aside the receipt.

The decree is affirmed, with 5 *per cent.* damages on the amount of the receipt, with costs.

*M. C. Eggleston,* for the appellants.

*J. G. Marshall,* for the appellee.